Bradlee R. Frazer, ISB No. 3857
Brent Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208-954-5261
Email: bfrazer@hawleytroxell.com
        bwilson@hawleytroxell.com

Attorneys for Plaintiff All Things, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALL THINGS, LLC, an Idaho limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>MEHMET AYDIN,<br><br>    Defendant. | COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>JURY DEMAND |

Plaintiff ALL THINGS, LLC, an Idaho limited liability company ("**Plaintiff**"), by and through its attorneys, HAWLEY TROXELL ENNIS & HAWLEY LLP, complains of Defendant Mehmet Aydin ("**Defendant**"), and alleges as follows:

**NATURE OF ACTION, JURISDICTION AND VENUE**

1. This is an action arising out of Defendant's infringement by unlawful copy and use of Plaintiff's product images, set forth, and incorporated by reference in this Complaint in

COMPLAINT FOR COPYRIGHT INFRINGEMENT - 1

**Exhibit A** ("**Infringed Product Images**").  This action arises under the Copyright Act of 1976, as amended, 17 U.S.C. §§ 101, *et seq*.

2. The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338.

3. This Court has specific personal jurisdiction over Defendant due to Defendant purposefully directing his activities complained herein toward Idaho.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1400.

## FACTUAL ALLEGATIONS

5. Plaintiff is an Idaho limited liability company engaged in the business of online retail store services, selling namely boots, fishing waders, backpacks, and lunch boxes.  Plaintiff sells its products on Amazon.com and other websites.

6. The Infringed Product Images are copyrightable subject matter.

7. Plaintiff owns these copyrights. Plaintiff filed a United States copyright registration application for the Infringed Product Images.

8. Plaintiff discovered that Defendant was utilizing a third-party program to lift from Plaintiff's Amazon.com listings the exact text and images as contained in the Infringed Product Images for use on Defendant's eBay Listing No. 222961786172.

9. On information and belief, Defendant reproduced and publicly displayed the Infringed Product Images on Defendant's eBay Listing No. 222961786172.

10. Plaintiff submitted a Digital Millennium Copyright Act (DMCA) takedown notice to eBay's designated agent, demanding expeditious removal of the Infringed Product Images.

11.     eBay responded by removing the Infringed Product Images; however, Defendant subsequently filed a DMCA Counternotification Regarding Removed Listing on June 11, 2018 (the "**Counter Notice**") (attached hereto and incorporated by reference in this Complaint as **Exhibit B**), necessitating the instant action to prevent eBay's restoring the Infringed Product Images to Defendant's eBay Listing No. 222961786172.

## COUNT I: COPYRIGHT INFRINGEMENT

12.     Plaintiff repeats and incorporates herein all the allegations set forth above as if set forth in full herein.

13.     Since their introduction, Plaintiff's products have achieved tremendous success and acceptance in the United States and throughout the world.

14.     Plaintiff has spent extensive amounts of money and years of creative effort to advertise its product lines.

15.     Defendant's conduct in reproducing and publicly displaying the Infringed Product Images without Plaintiff's permission constitutes infringement of Plaintiff's copyrights under 17 U.S.C. § 106.

16.     Defendant's actions herein are a willful infringement of Plaintiff's exclusive copyrights in the Infringed Product Images.

17.     By reason of Defendant's acts of willful copyright infringement, Plaintiff has suffered and will continue to suffer irreparable injury that cannot be adequately remedied at law.

18.     By reason of Defendant's acts of willful copyright infringement, Plaintiff has suffered financial damages in an amount to be proven at trial.

19. Because of Defendant's acts of willful copyright infringement, Plaintiff requests an award of its attorneys' fees pursuant to 17 U.S.C. § 505.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff demands a trial by jury on any issue so triable.

WHEREFORE, Plaintiff prays for judgment as follows:

1. Enjoining Defendant, his agents, servants and employees, and those persons in active concert or participation with him, from infringing, or contributorily or vicariously infringing, Plaintiff's copyrights in the Infringed Product Images in any manner, directly or indirectly;

2. Enjoining Defendant, his agents, servants and employees, and those persons in active concert or participation with them, from creating derivative works of the Infringed Product Images and from reproducing, distributing or publicly displaying any versions, revisions or modifications of the Infringed Product Images or any derivative works based thereon;

3. Ordering Defendant to account for all gains, profits and advantage derived from his infringement of Plaintiff's copyrights;

4. Entering judgment in favor of Plaintiff and against Defendant in an amount equal to the damages sustained by Plaintiff and the profits earned by Defendant from the infringements alleged herein, pursuant to 17 U.S.C.A. § 504(b);

5. Entering judgment in favor of Plaintiff and against Defendant for statutory damages, pursuant to 17 U.S.C. § 504(c);

6. Entering judgment in favor of Plaintiff and against Defendant ordering the impounding and destruction of all infringing products, or any version, revision or modification thereof, or any derivative works based thereon;

7. Entering judgment in favor of Plaintiff and against Defendant for Plaintiff's incurred attorneys' fees and recoverable costs; and

8. Ordering such other relief as the Court deems just and equitable under the circumstances.

DATED THIS 22nd day of June, 2018.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By /s/ Brent R. Wislon
Brent R. Wilson, ISB No. 8936
Attorneys for Plaintiff All Things, LLC

# EXHIBIT A

## INFRINGED PRODUCT IMAGES



COMPLAINT FOR COPYRIGHT INFRINGEMENT - 6

48283.0001.11158693.2



COMPLAINT FOR COPYRIGHT INFRINGEMENT - 7





COMPLAINT FOR COPYRIGHT INFRINGEMENT - 8

48283.0001.11158693.2

# EXHIBIT B

# COUNTER NOTIFICATION REGARDING REMOVED LISTING

## COUNTER NOTICE REGARDING REMOVED LISTING*

**I. Penalty of Perjury Statement.** I CERTIFY UNDER SWORN PENALTY OF PERJURY that I am sending this notification on the basis of my good faith belief that the listings or other materials referred to below do not involve infringing materials or uses and have been identified by a Verified Rights Owner (VeRO) Program participant, its agent, or law enforcement as infringing by mistake or due to misidentification: (List Items Below)

Item Number: 222961786172

**II. Consent to Federal Jurisdiction.** I consent to the jurisdiction of the Federal District Court covering the address provided below, or if such address is outside the United States, I consent to jurisdiction of the Federal District Court, County of Santa Clara, California.

**III. Consent for Service of Process.** I agree to accept service of process from the Verified Intellectual Property Owner, its agent, or law enforcement.

**IV. Contact Information.** I certify that the following contact information is accurate and valid. I acknowledge that eBay will compare the contact information provided herein with my eBay contact information, and false or fraudulent information may result in suspension of my eBay account.

**V.** I understand that my knowing misrepresentation herein that material was removed by mistake or misidentification may make me liable under federal law for damages, including costs and attorneys' fees. See 17 U.S.C. section 512.

**VI.** I understand that if the reporting party disagrees with the Counter Notice it may file a legal action against me.

**VII. Acknowledgement.** I acknowledge that this notice is filed under penalty of perjury. I may be contacted at:

Name: Mehmet Aydin
eBay User ID: kersafe
Street Address**: 57 South Crescent Circuit
City and State: Brighton, MA
Zip: 02135
E-mail: kersafemain@gmail.com
Telephone: 6179030401
Fax: ---
Date: 6/11/2018
Signature: [signed]
UNDER SWORN PENALTY OF PERJURY

Fax this completed Counter Notice to eBay at (801) 757-9521. Attach to this notice any relevant correspondence, including emails, with eBay or the intellectual property owner.

* This Counter Notice complies substantially with the requirements of the Digital Millennium Copyright Act, 17 U.S.C. section 512.

** Please provide the street address at which you reside; a Post Office (P.O.) Box or the like is not sufficient.